UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Lakeeta Watters,

V.

Lincoln University of the Commonwealth of
Pennsylvania, Danielle Jones, Rochelle Gray

Civil Action
No: 2:10-cv-106-LDD

## DISCLOSURE STATEMENT FORM

Please check one box:

[✓] The nongovernmental corporate party, Lincoln University of the Commonwealth of Pennsylvania , in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____ , in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

March 23, 2010                                    /s/ James A. Diamond
Date                                              Signature
                                   Counsel for: Lincoln University of the Commonwealth of Pennsylvania

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a)  WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file two copies of a disclosure statement that:
  (1)  identifies any parent corporation and any publicly held corporation owning 10% or more of its stock;  or
  (2)  states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
  (1)  file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
  (2)  promptly file a supplemental statement if any required information changes.